EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:

Carlos A. García Pérez | 2017 TSPR 146

198 DPR ____ |

Número del Caso: TS-9511

Fecha:     4 de agosto de 2017

Abogado del peticionario:

        Por derecho propio

Materia: Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos A. García Pérez                TS-9511

RESOLUCIÓN

San Juan, Puerto Rico, a 4 de agosto de 2017.

Examinada la *Moción solicitando reactivación del infrascrito abogado al ejercicio y la práctica general de la abogacía,* así como la *Moción en Cumplimiento de Orden*, se provee ha lugar a ambas.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena al abogado García Pérez actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo